JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
MICHAEL MARRAPESE ;
**County of Residence:** Pinellas County

Additional Plaintiff(s):
BRIAN QUINN ;

**Defendant(s):**

First Listed Defendant:
MATTRESS ONE, INC. ;
**County of Residence:** Pinellas County

Additional Defendants(s):
SOS FURNITURE COMPANY, INC. ;
MAGED SALEM ;
MADHAT SALEM ;
MAJDI SALEM ;
MOHANAD SALEM ;

**County Where Claim For Relief Arose:** Pinellas County

**Plaintiff's Attorney(s):**

Attorney Michelle Erin Nadeau (MICHAEL MARRAPESE)
Kwall Barack Nadeau PLLC
133 N. Fort Harrison Ave.
Clearwater, Florida 33755
**Phone:** 727-441-4947
**Fax:** 727-447-3158
**Email:** mnadeau@employeerights.com

Attorney Ryan D Barack
Kwall Barack Nadeau PLLC
133 N. Fort Harrison Ave.
Clearwater, Florida 33755
**Phone:** 727-441-4947
**Fax:** 727-447-3158
**Email:** rbarack@employeerights.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** Article X, Section 24 of the Florida Constitution, the Florida Minimum Wage Act, Fla. Stat. §448.110, et seq., (FMWA), and the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, et seq.,

**Requested in Complaint**

**Class Action:** Class Action Under FRCP23

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Michelle Erin Nadeau

**Date:** 03/09/2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.